IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MATTHEW ALLEN,                                      )
c/o Katherine R. Atkinson                           )
Wilkenfeld, Herendeen & Atkinson                    )
1731 Connecticut Ave, NW                            )
Third Floor                                         )
Washington, DC 20009                                )
                                                    )
                    Plaintiff,                      )
                                                    )
          v.                                        )
                                                    )
U.S. DEPARTMENT                                     )
OF THE INTERIOR,                                    )
1849 C Street, NW                                   )
Washington, DC 20240                                )
                                                    )
                    Defendant.                      )
_____)

## COMPLAINT

1. Plaintiff, Matthew Allen, brings this action against the U.S. Department of the Interior

   ("DOI") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and the

   Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory, injunctive,

   and other appropriate relief to compel compliance with the FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the parties pursuant to 5 U.S.C. § 552 (a)(4)(B) and 28

   U.S.C. §§ 1331, 2201, and 2202.

3. Venue lies in this district under 5 U.S.C. §552 (a)(4)(B) and 28 U.S.C. § 1391(c) and (e).

4. Plaintiff has exhausted his administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i)

   because Defendant failed to respond within the applicable time-limit provisions of the

1

FOIA.  Plaintiff is now entitled to judicial action enjoining Defendant from continuing to withhold agency records and ordering Defendant to produce improperly withheld records.

## PARTIES

5. Plaintiff is an employee of the DOI.

6. Defendant is a department of the executive branch of the United States government headquartered in Washington, DC.  Defendant is an agency within the meaning of 5 U.S.C. § 552 (f)(1).  Defendant has possession, custody, and control of the records Plaintiff seeks.

## STATEMENT OF FACTS

### *Plaintiff's Demotion*

7. On September 19, 2017, Plaintiff was removed from his position as a probationary member of the Senior Executive Service and demoted into a GS-15 position.

8. Before Plaintiff's demotion, he was the Assistant Director, Communications and Public Relations.

9. The DOI reassigned Plaintiff from his former agency, the Bureau of Land Management ("BLM"), into the Bureau of Safety and environmental Enforcement ("BSEE").

10. Plaintiff's new position, Public Affairs Specialist working on special projects, was a four-step demotion from his prior position.

11. Plaintiff's new position did not exist prior to his demotion.

12. Prior to his demotion, Plaintiff had not been informed of any performance deficiencies.

### *Plaintiff's FOIA Requests*

13. By email on October 10, 2017, Plaintiff submitted FOIA requests to the DOI Office of the Secretary's FOIA Office ("OS FOIA Office") seeking the following records:

a. All agency records, including but not limited to emails, memoranda, text messages, instant messages, and notes relating to reorganizing the staff of the Bureau of Land Management ("BLM") from January 1, 2017 through the date of your response to this request.

b. All agency records, including but not limited to emails, memoranda, text messages, instant messages, and notes relating to reassignments within the Department of the Interior from January 20, 2017 through the date of your response to this request.

c. All agency records, including but not limited to emails, memoranda, text messages, instant messages, and notes related to probationary members of the Senior Executive Service January 20, 2017 through the date of your response to this request.

d. All agency records identifying probationary members of the Senior Executive Service considered for a reassignment from January 20, 2017 through the date of your response to this request.

e. All agency records related to Matthew Allen from January 1, 2017 through the date of your response to this request.

f. All agency records, including but not limited to emails, memoranda, text messages, instant messages, and notes related to the decision to terminate Matthew Allen's Senior Executive Service Position during his probationary period.

g. All agency records, including but not limited to emails, memoranda, text messages, instant messages, calendar appointments, and notes related to Matthew Allen's work performance from October 1, 2016 through the date of your response to this request.

h. All agency records, including but not limited to emails, memoranda, and notes related to Matthew Allen's role in the implementation of the Director's external new media strategy.

i. All agency records, including but not limited to emails, memoranda, and notes related to Matthew Allen's role in rebranding the BLM's external web presence.

j. All agency records, including but not limited to emails, memoranda, and notes related to the position description, duties and responsibilities of Public Affairs Specialist (GS-1035-15) in the Bureau of Safety and Environmental Enforcement, as well as the Table of Organization for the BSEE Public Affairs Office prior to the reassignment of Matthew Allen.

k. All agency records, including but not limited to emails, notes, and memoranda regarding reasons for issuing the Notice of Termination of Senior Executive Specialist Position during Probationary Period to Matthew Allen on September 20, 2017.

l. All agency records regarding correspondence, including but not limited to emails, memoranda, and notes, to and from Mary Pletcher regarding reassignment of agency employees from January 1, 2017 through the present.

m. All emails to or from any of the individuals listed below containing reference to "Matthew Allen," "Matt Allen," "Maddy Allen," "mrallen@blm.gov," "m5allen@blm.gov," or "mallen@blm.gov," from January 1, 2017, through the date of your response to this request.

   i. James (Jim) Cason, Associate Deputy Secretary

   ii. David Bernhardt, Deputy Secretary

   iii. Michael Nedd, Acting Director, BLM

   iv. John Ruhs, Acting Deputy Director

   v. Kathy Benedetto, Senior Advisor to the Director

   vi. Kate MacGregor, Deputy Assistant Director of Lands and Minerals

n. All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain any of the following search terms (a) "Washington office positions"; (b) reorganize or reorganization; (c) reassign or reassignment; (d) retire; (e) "organizational chart"

   i. Michael Nedd, Acting Director, BLM

   ii. John Ruhs, Acting Deputy Director

   iii. David Bernhardt, Deputy Secretary

   iv. James (Jim) Cason, Associate Deputy Secretary

o. All agency records, including but not limited to calendar entries, memoranda, and notes related to restructuring the workforce of the Bureau of Land Management, including but not limited to records related to draft organizational charts, calendar entries regarding meetings to discuss reorganizing the BLM workforce, and the notes of individuals related to altering jobs or positions at BLM, from January 20, 2017 through the date of your response to this request.

    p.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Desert Renewable Energy Conservation Plan," under that name or any of its aliases.

        i.  James (Jim) Cason, Associate Deputy Secretary

        ii.  David Bernhardt, Deputy Secretary

        iii.  Kathleen Benedetto, Special Assistant to the Secretary

        iv.  John Ruhs, Acting Deputy Director, BLM
        v.  Michael Nedd, Acting Director, BLM

        vi.  Matthew Allen, former Assistant Director of Communications, BLM

        vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

        viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secreaty for Lands and Minerals.

    q.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request that contain the search terms: "blm.gov," "blm webpage," "blm web page," or "blm website."

        i.  Michael Nedd, Acting Director, BLM

        ii.  John Ruhs, Acting Deputy Director, BLM

        iii.  Kathleen Bernedetto, Special Assistant to the Secretary

        iv.  Katharine MacGregor, Acting Assistant Secretary, Land and Minerals Management

        v.  Jerome E. Perez, California State Director, BLM

        vi.  Ruth Welch, Director, Policy and Administration, Bureau of Reclamation

    r.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request related to the detail assignment of Cynthia Moses-Nedd within the Department of the Interior's office of External Affairs.

        i.  James (Jim) Cason, Associate Deputy Secretary

        ii.  David Bernhardt, Deputy Secretary

       iii.  Michael Nedd, Acting Director, BLM

       iv.  John Ruhs, Acting Deputy Director

       v.  Kathy Benedetto, Senior Advisor to the Director

       vi.  Kate MacGregor, Deputy Assistant Director of Lands and Minerals

       vii.  Cynthia Moses-Nedd, DOI External Affairs

       viii.  Richard Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals

s.  A list of all SES and GS-15 positions within the Department of the Interior, to include all its offices and bureaus, that were vacant prior to September 23, 2017

t.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Waste Prevention," and/ or "Methane Rule," under that name or any of its aliases.

       i.  James (Jim) Cason, Associate Deputy Secretary

       ii.  David Bernhardt, Deputy Secretary

       iii.  Kathleen Benedetto, Special Assistant to the Secretary

       iv.  John Ruhs, Acting Deputy Director, BLM

       v.  Michael Nedd, Acting Director, BLM

       vi.  Matthew Allen, former Assistant Director of Communications, BLM

       vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

       viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

u.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Cadiz," under that name or any of its aliases.

       i.  James (Jim) Cason, Associate Deputy Secretary

       ii.  David Bernhardt, Deputy Secretary

   iii.  Kathleen Benedetto, Special Assistant to the Secretary

   iv.  John Ruhs, Acting Deputy Director, BLM

   v.  Michael Nedd, Acting Director, BLM

   vi.  Matthew Allen, former Assistant Director of Communications, BLM

   vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

v.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Sage Grouse," under that name or any of its aliases.

   i.  James (Jim) Cason, Associate Deputy Secretary

   ii.  David Bernhardt, Deputy Secretary

   iii.  Kathleen Benedetto, Special Assistant to the Secretary

   iv.  John Ruhs, Acting Deputy Director, BLM

   v.  Michael Nedd, Acting Director, BLM

   vi.  Matthew Allen, former Assistant Director of Communications, BLM

   vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

   viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

w.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "National Defense Authorization Act," under that name or any of its aliases.

   i.  James (Jim) Cason, Associate Deputy Secretary

   ii.  David Bernhardt, Deputy Secretary

   iii.  Kathleen Benedetto, Special Assistant to the Secretary

   iv.  John Ruhs, Acting Deputy Director, BLM

   v.  Michael Nedd, Acting Director, BLM

      vi.   Matthew Allen, former Assistant Director of Communications, BLM

      vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

     viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

x.   All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Waste Prevention," and/ or "Methane Rule," under that name or any of its aliases.

      i.   James (Jim) Cason, Associate Deputy Secretary

      ii.  David Bernhardt, Deputy Secretary

     iii.  Kathleen Benedetto, Special Assistant to the Secretary

     iv.  John Ruhs, Acting Deputy Director, BLM

      v.  Michael Nedd, Acting Director, BLM

      vi.  Matthew Allen, former Assistant Director of Communications, BLM

      vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

     viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

y.   All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Military Lands Withdrawal," under that name or any of its aliases.

      i.   James (Jim) Cason, Associate Deputy Secretary

      ii.  David Bernhardt, Deputy Secretary

     iii.  Kathleen Benedetto, Special Assistant to the Secretary

     iv.  John Ruhs, Acting Deputy Director, BLM

      v.  Michael Nedd, Acting Director, BLM

      vi.  Matthew Allen, former Assistant Director of Communications, BLM

      vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

        viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

z.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, that contain the search term "Gold Bar Mine," under that name or any of its aliases.

        i.  James (Jim) Cason, Associate Deputy Secretary

        ii.  David Bernhardt, Deputy Secretary

        iii.  Kathleen Benedetto, Special Assistant to the Secretary

        iv.  John Ruhs, Acting Deputy Director, BLM

        v.  Michael Nedd, Acting Director, BLM

        vi.  Matthew Allen, former Assistant Director of Communications, BLM

        vii.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

        viii.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

aa.  All communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, related to staffing, recruiting, hiring or dismissing any staff from the BLM Washington, D.C. office and its directorates.

        i.  Kathleen Benedetto, Special Assistant to the Secretary

        ii.  John Ruhs, Acting Deputy Director, BLM

        iii.  Michael Nedd, Acting Director, BLM

        iv.  Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

        v.  Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

bb.  All communications to and from any of the individuals listed below, from April 9, 2017 through the date of your response to this request, related to media stories containing "leaked" BLM documents from the following individuals.

        i.  Kathleen Benedetto, Special Assistant to the Secretary

      ii. John Ruhs, Acting Deputy Director, BLM

      iii. Michael Nedd, Acting Director, BLM

      iv. Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

      v. Rich Cardinale, Chief of Staff, Office of the Assistant Secretary for Lands and Minerals.

      vi. Laura Rigas, DOI Communications Director

      vii. Heather Swift, DOI Spokesperson

cc. All calendar entries, text messages, costs and communications to and from any of the individuals listed below, from January 1, 2017 through the date of your response to this request, related to the Idaho Governors Trail Ride.

      i. Kate MacGregor, Deputy Assistant Secretary for Lands and Minerals

      ii. Michael Nedd, Acting Director, BLM

dd. Any communications to or from the following individuals concerning Matthew Allen.

      i. Johnathan Mack, Office of Human Resources

      ii. Ray Limon, Deputy Chief Human Capital Office

      iii. John Burden, Director, Office of Civil Rights

14. Plaintiff seeks these records to understand the rationale behind his demotion.

15. On October 13, 2017, DOI sent Plaintiff an acknowledgement of his October 10, 2017 FOI request, assigning it control number OS-2018-00077.

16. DOI also indicated that searching and reviewing documents responsive to Plaintiff's FOIA request would cost at least $600-$800.  DOI requested Plaintiff provide written assurance of his willingness to pay $600-$800, reduce the scope of his request, or withdraw the request altogether.  DOI noted that the time frame for processing Plaintiff's

request would not resume until issues regarding the payment of the FOIA fees were resolved.

17. On October 16, 2017, DOI received confirmation that Plaintiff agreed to pay up to $800 for the processing of his request.

18. On October 25, 2017, DOI acknowledged receipt of Plaintiff's response.

19. DOI indicated that it had classified Plaintiff's request as an "other-use request," took a 10-workday extension under 43 C.F.R. §2.19, and placed the request under the "Complex" processing track pursuant to 43 C.F.R. §2.15.

20. DOI also wrote that, for items related to BLM or BSEE, Plaintiff should send his requests to those bureaus.

21. On October 26, 2017, Plaintiff forwarded relevant items from his October 10, 2017 FOIA request to BSEE.

22. Consultation or referral between bureaus does not toll an agency's statutory time limit to respond to FOIA requests.  43 CFR §§2.13 and 2.16.

23. Plaintiff filed an appeal with the DOI Office of the Solicitor on November 30, 2017, explaining more than thirty business days had passed since Plaintiff submitted his FOIA requests and Plaintiff had not received any documents or decision by DOI.

*Agency Inaction*

24. To date, Defendant has not produced a single record.

25. Defendant has not made a determination as to Plaintiff's FOIA requests.

26. Defendant has not provided an index of documents withheld pursuant to claimed exemptions.

27. Defendant has not provided an estimated completion date for Plaintiff's FOIA request.

28. Plaintiff exhausted his administrative remedies and seeks immediate judicial review because more than twenty days have passed since Defendant received FOIA request number OS-2018-00077 on October 10, 2017.

29. Plaintiff has a right of prompt access to the requested records under 5 USC §552(a)(3)(A) and Defendant has wrongfully withheld the sought-after documents.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Search for Records**

30. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

31. Plaintiff properly requested records within the possession, custody, and control of Defendant.

32. Plaintiff has exhausted the applicable administrative remedies under 5 USC §552(a)(6)(C) and 5 USC §552(a)(6)(C).

33. Defendant is an agency subject to the FOIA and must therefore make reasonable effort to search for requested records.

34. Defendant failed to promptly review records for the purpose of locating those responsive to Plaintiff's FOIA requests.

35. Defendant's failure to conduct an adequate search for responsive records violates the FOIA.

36. As such, Plaintiff is entitled to injunctive and declaratory relief requiring Defendant to promptly search for responsive records.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Records**

37. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

38. Plaintiff properly requested records within the possession, custody, and control of Defendant.

39. Plaintiff has exhausted the applicable administrative remedies under 5 USC §552(a)(6)(C) and 5 USC §552(a)(6)(C).

40. Defendant is an agency subject to the FOIA and therefore must release non-exempt responsive records and provide a lawful basis for withholding any materials.

41. Defendants are improperly withholding agency records by failing to respond to Plaintiff's FOIA requests.

42. Defendant's failure to produce responsive records violates the FOIA.

43. Defendant's failure to articulate lawful bases for withholding records violates the FOIA.

44. Plaintiff is entitled to injunctive and declaratory relief compelling Defendant to promptly produce all responsive non-exempt records and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, and award the following relief:

a. Order Defendant to conduct a search reasonably calculated to uncover all records responsive to Plaintiff's FOIA requests submitted to Defendant on October 10, 2017;

b. Order Defendant to produce all non-exempt responsive records by such a date as the Court deems appropriate and indexes justifying the withholding of responsive records withheld under claim of exemption;

13

c.  Enjoin Defendant from continuing to withhold non-exempt records responsive to

Plaintiff's FOIA requests;

d.  Award Plaintiff his costs and reasonable attorneys' fees incurred in this action pursuant to

5 U.S.C. § 552(a)(4)(E); and

e.  Grant Plaintiff such other relief as the Court may deem just and proper.

Dated: December 11, 2017                              Respectfully submitted,

_____
Katherine R. Atkinson, Bar No. MD17246
Lauren Naylor, Bar No. 1044317
Wilkenfeld, Herendeen & Atkinson
1731 Connecticut Avenue, NW
Third Floor
Washington, DC 20009
T: 202-765-2253
F: 202-600-2792
katherine@wilkenfeldlaw.com
lauren@wilkenfeldlaw.com