**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| MATTHEW ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-2656 (APM) |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Plaintiff, Matthew Allen, and Defendant, the United States Department of the Interior ("DOI"), submit this Joint Status Report as ordered by its minute order of December 19, 2018, to apprise the Court of their progress in resolving this Freedom of Information Act ("FOIA") case.

1.    Plaintiff's request to DOI sought approximately 34 categories of records pertaining to a decision to terminate plaintiff's Senior Executive Service ("SES") position during his probationary period.

2.    Initially, DOI identified approximately 50,000 emails potentially responsive to the request.  However, after de-duplication, DOI identified 20,000 unique emails potentially responsive to the request.

3.    DOI committed to process 1,000 pages/month, and has made a total of ten productions.  DOI's production has been delayed due to the lapse in federal appropriations from December 2018 to January 2019.  Since the last status report filed December 19, 2018, DOI has completed the following production:

- March 12, 2019 – released 1,239 pages

4.    DOI anticipates making an additional production of approximately 1,200 pages by April 5, 2019.

Respectfully submitted,


s/ Katherine Atkinson_____
Katherine R. Atkinson, Bar No. MD17246
Lauren Naylor, D.C. Bar No. 1044317
Wilkenfeld, Herendeen & Atkinson
1731 Connecticut Ave., NW
Third Floor
Washington, D.C. 20009
(202) 765-2253
katherine@wilkenfeldlaw.com
lauren@wilkenfeldlaw.com
*Attorney for Plaintiff*

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

s/ Christopher C. Hair
CHRISTOPHER C. HAIR
Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov
*Attorneys for* Defendant