UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
MATTHEW ALLEN,                                  )
                                                               )
                    Plaintiff,                              )
                                                               )
         v.                                                   )    Case No. 17-2656 (APM)
                                                               )
U.S. DEPARTMENT OF THE INTERIOR,  )
                                                               )
                    Defendant.                            )
_____)

## JOINT STATUS REPORT

Plaintiff, Matthew Allen, and Defendant, the United States Department of the Interior ("DOI"), submit this Joint Status Report pursuant to the Court's Minute Order dated December 19, 2018, to apprise the Court of their progress in resolving this Freedom of Information Act ("FOIA") action.

1. Plaintiff's request to DOI sought approximately 34 categories of records pertaining to a decision to terminate plaintiff's Senior Executive Service ("SES") position during his probationary period.

2. Initially, DOI identified approximately 50,000 emails potentially responsive to the request. However, after de-duplication, DOI identified 20,000 unique emails potentially responsive to the request.

3. DOI committed to process 1,000 pages/month, and has made a total of twenty productions. Since productions reported in the last status report filed April 1, 2020, DOI has completed the following productions:

- March 30, 2020 – DOI released 230 pages, reviewed an additional 82 pages that were determined to be nonresponsive, and reviewed an additional 702 pages that were paced into consultation.

Case 1:17-cv-02656-APM   Document 23   Filed 07/01/20   Page 2 of 2

- May 28, 2020 – DOI released 81 pages, and reviewed an additional 935 pages that were placed into consultation

- June 29, 2020 – DOI reviewed and released 1002 pages.

4. DOI anticipates making additional monthly productions by the end of each month.

Dated: July 1, 2020

Respectfully submitted,

<table>
<tr><td>

/s/ Katherine Atkinson
Katherine R. Atkinson, Bar No. MD17246
Lauren Naylor, D.C. Bar No. 1044317
Wilkenfeld, Herendeen & Atkinson
1731 Connecticut Ave., NW
Third Floor
Washington, D.C. 20009
(202) 765-2253
katherine@wilkenfeldlaw.com
lauren@wilkenfeldlaw.com

*Attorney for Plaintiff*

</td><td>

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Attorneys for Defendant*

</td></tr>
</table>

2